UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| STEVEN SILVERBERG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>V.<br><br>ZILLOW GROUP, INC., RICHARD BARTON, ALLEN PARKER, AND JEREMY WACKSMAN,<br><br>DEFENDANTS._____ | Case No. 2:21-cv-1567<br><br>**NOTICE OF RELATED CASES** |

Pursuant to LCR 3(g)(1), Plaintiff hereby submits this notice of related cases pending in the Western District of Washington. The related case is *Barua v. Zillow Group Inc et al., No. 2:21-cv-01551-TSZ*, assigned to Judge Thomas S. Zilly (the "Barua Action"). The Barua Action and the instant securities class action arise from a similar set of facts.

DATED this 19th day of November, 2021

**BADGLEY MULLINS TURNER PLLC**

*/s/ Duncan C. Turner*_____
Duncan C. Turner, WSBA No. 20597

NOTICE OF RELATED CASES - 1

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Tel: (206) 621-6566
Email: dturner@badgleymullins.com

*Of Counsel*

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice* forthcoming)
J. Alexander Hood II (*pro hac vice* forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

**SHAYE FUCHS, ESQ.**
Shaye Fuchs (*pro hac vice* forthcoming)
37 Arrowhead Lane
Lawrence, New York 11559
Tel: (516) 509-8755
Email: sfuchsesq@aol.com

*Attorneys for Plaintiff*

NOTICE OF RELATED CASES - 2

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686